**Order entered July 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00850-CV

### IN THE INTEREST OF P.S., ET AL., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-00081-X**

## ORDER

On July 8, 2014, the Clerk of this Court sent a post-card notice regarding the overdue reporter's record. The notice instructed that the reporter's record be filed within thirty days. On the Court's own motion, we **VACATE** that notice.

We **ORDER** Pamela Sumler, Official Court Reporter for the 305th Judicial District Court of Dallas County, Texas, to file either: (1) the reporter's record; or (2) written verification that appellant has not requested the reporter's record before **5:00 p.m. on Thursday, July 24, 2014**. Because this is a parental termination case, we remind both the Honorable Cheryl Lee Shannon, Judge of the 305th Judicial District Court, and Pamela Sumler that it is the responsibility of the Court Reporter to prepare, certify, and timely file the reporter's record and that Judge Shannon must direct Pamela Sumler to immediately commence the preparation of the reporter's record. Judge Cheryl Lee Shannon must arrange a substitute reporter if necessary. *See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of this Court to send a copy of this order by first-class mail to appellant and by electronic transmission, to Judge Cheryl Lee Shannon, Pamela Sumler, and counsel for appellee.

/s/     ELIZABETH LANG-MIERS
JUSTICE